```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10313
    MIROSLAV ALCER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-2472


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/08/2007 and was not confirmed.

     The case was dismissed without confirmation 08/30/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY          4096.68          .00           .00
AFNI INC                   UNSECURED        NOT FILED         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         3743.13          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         1162.34          .00           .00
CITY OF CHICAGO PARKING    UNSECURED         6080.00          .00           .00
ROGERS & HOLLAND           UNSECURED        NOT FILED         .00           .00
STATE FARM                 UNSECURED        NOT FILED         .00           .00
ZENITH ACQUISITIONS        UNSECURED        NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         1751.87          .00           .00
FORD MOTOR CREDIT          UNSECURED        14567.59          .00           .00
RICHARD E SEXNER           DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      --------------       --------------
TOTALS                    .00                    .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10313 MIROSLAV ALCER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10313 MIROSLAV ALCER